**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. CHICAGO NATIONAL LEAGUE BALL CLUB, Respondent.**
No. 5310.

Circuit Court of Appeals, Seventh Circuit.
Jan. 23, 1935.

Frank J. Wideman, Sewall Key, and S. Dee Hanson, all of Washington, D. C., for petitioner.

Albert L. Hopkins, Jay C. Halls, and Peter L. Wentz, all of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

This petition for review involves corporate income taxes for 1927 and 1928, and is taken from a decision of the Board of Tax Appeals, entered March 2, 1934. The contract over which the controversy arises, in so far as it affects the issues here presented, is identical with the contract in Pittsburgh Athletic Company v. Commissioner, 27 B. T. A. 1074, and the material facts there presented were substantially the same as those presented here. That opinion was reviewed by the Circuit Court of Appeals of the Third Circuit, Commissioner v. Pittsburgh Athletic Company, 72 F.(2d) 883, and affirmed on authority of the principles enunciated in Bonwit Teller & Company v. Commissioner (C. C. A.) 53 F.(2d) 381, 82 A. L. R. 325. With the reasoning and conclusions of those opinions we are in accord.

The decision of the Board of Tax Appeals is affirmed.

---

**COMMISSIONER OF INTERNAL REVENUE v. Leslie T. IGLEHEART.**
**SAME v. John L. IGLEHEART.**
Nos. 5061, 5062.

Circuit Court of Appeals, Seventh Circuit.
Jan. 2, 1935.

---

Sewall Key, of Washington, D. C., and Francis H. Horan, of New York City, for petitioner.

John E. McClure, of Washington, D. C. (Maude Ellen White and Miller & Chevalier, all of Washington, D. C., of counsel), for respondents.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On the authority of the decision of the Supreme Court in Helvering, Commissioner, v. Susan Dwight Bliss, 55 S. Ct. 17, 79 L. Ed. ——, handed down November 5, 1934, the decision herein of the Board of Tax Appeals is affirmed.

---

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Ada Butler MITCHELL, Respondent.**
No. 58.

Circuit Court of Appeals, Second Circuit.
Jan. 7, 1935.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key and Lucius A. Buck, Sp. Assts. to Atty. Gen., for petitioner.

Albrecht, Maguire & Mills, of Buffalo, N. Y., for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

---

**COMMISSIONER OF INTERNAL REVENUE v. Edwin F. MANDEL.**
No. 5442.

Circuit Court of Appeals, Seventh Circuit.
Jan. 30, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

Albert L. Hopkins, of Washington, D. C., for respondent.

Before EVANS and FITZHENRY, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on March 27, 1934, be, and the same is hereby, dismissed.

[redacted]

[redacted]

**COMMISSIONER OF INTERNAL REVENUE v. ADOLPH RAMISH, Inc.**

**COMMISSIONER OF INTERNAL REVENUE v. GORE BROTHERS.**

**COMMISSIONER OF INTERNAL REVENUE v. Charles B. BEHR.**

**COMMISSIONER OF INTERNAL REVENUE v. Adolph RAMISH.**

**Nos. 7755–7758.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 31, 1935.

[redacted]

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Oscar Moss, of Los Angeles, Cal., for respondents.

Before WILBUR and GARRECHT, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon motion of petitioner in each of above causes, counsel for respondent consenting thereto, ordered petition to review in each of above causes dismissed, that a judgment of dismissal be entered in each cause, and the mandates of this court issued forthwith.

[redacted]

**COMMISSIONER OF INTERNAL REVENUE v. REHTAM & COMPANY.**

**No. 5440.**

Circuit Court of Appeals, Seventh Circuit.

Jan. 23, 1935.

[redacted]

Robert H. Jackson, of Washington, D. C., for petitioner.

Ward Loveless, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby, dismissed.

[redacted]

[redacted]

**COMMISSIONER OF INTERNAL REVENUE v. SREDIES, INC.**

**No. 5439.**

Circuit Court of Appeals, Seventh Circuit.

Jan. 23, 1935.

[redacted]

Robert H. Jackson, of Washington, D. C., for petitioner.

Ward Loveless, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby dismissed.